UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **OTTO A. GUTIERREZ, JR.,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

1. The Inter-American Development Bank (hereinafter "IDB") is a public international organization whose shareholders are the governments of 47 countries, including the United States of America. The IDB's purpose is to contribute to the acceleration of economic and social development of its regional developing member countries. The IDB relies upon public and private investors to fund its projects.

2. From June, 16, 1975, to September 20, 2005, defendant **OTTO A. GUTIERREZ, JR.** was employed by the IDB, in its Washington, D.C. headquarters. From March 1, 1997 until September 20, 2005, defendant **OTTO A. GUTIERREZ, JR.** was the Chief of the Administrative Accounting Section where he oversaw the IDB's administrative payments, including payments for individual consultants, consulting firms, travel expenses and utilities. During his tenure as Chief of the Administrative Accounting Section, defendant **OTTO A. GUTIERREZ, JR.** oversaw and was responsible for the annual payment of more than $100 million to various domestic and foreign vendors on IDB's behalf. The Administrative Accounting Section staff consisted of as many as 20 individuals. Only defendant **OTTO A. GUTIERREZ, JR.** and his second in command were responsible for authorizing all final payments.

3. From between in or about November 1995 until in or about August 2005, in the District of Columbia and elsewhere, defendant **OTTO A. GUTIERREZ, JR.** devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and to deprive IDB of honest services as an IDB employee, performed free from deceit, dishonesty, self-enrichment and self-dealing.

4. The purpose of the scheme was for defendant **OTTO A. GUTIERREZ, JR.** to enrich himself and his family members, by embezzling and stealing at least $423,283 from IDB.

5. On or about February 10, 2003, defendant **OTTO A. GUTIERREZ, JR.,** to carry out his scheme to defraud, accessed IDB's accounting database, in Washington, D.C., and created a fictitious vendor account in the name of Antonio Gutierrez. From on or about February 10, 2003 to on or about July 14, 2005, defendant **OTTO A. GUTIERREZ, JR.** accessed IDB's accounting database, in Washington, D.C. or from his home in Virginia, on 23 occasions to create fictitious invoices and direct IDB's bank in New York, New York, to electronically transmit $199,631 to bank accounts controlled by defendant **OTTO A. GUTIERREZ, JR.** in Washington, D.C. or Virginia.

In violation of Title 18, United States Code, Section 1343.

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia

By:  _____
SUSAN B. MENZER
Assistant U.S. Attorney