UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-006(JGP) |
| | : | |
| v. | : | |
| | : | |
| **OTTO A. GUTIERREZ, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

### CONSENT MOTION FOR EXTENSION OF TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this consent motion for an extension of time to arraign defendant on the one count Information filed in this matter. The parties have agreed that defendant's arraignment will be scheduled for February 16, 2006, at 10:00 a.m.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia

_____
Susan B. Menzer
Assistant U.S. Attorney
D.C. Bar No. 421007
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-6968