### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-006(JGP)** |
| | : | |
| **v.** | : | |
| | : | |
| **OTTO A. GUTIERREZ, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion for an Extension of Time to Arraign defendant, and his consent thereto,

It is this _____ day of January, 2006, hereby ordered that defendant's arraignment will be held on February 16, 2006, at 10:00 a.m.

                                                                   _____
                                                                   JOHN GARRETT PENN
                                                                   UNITED STATES DISTRICT JUDGE