UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OTTO A. GUTIERREZ, JR.,** )<br>)<br>**Defendant.** ) | **Criminal Action No. 06-0006 (JGP)** |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion for Extension of Time [2], it is hereby

**ORDERED** that the motion is **GRANTED** and that Defendant's arraignment, previously set for January 25, 2006, is continued to February 16, 2006 at 10:00 A.M. in Courtroom 15.

**DATE: January 23, 2006**                             **JOHN GARRETT PENN**
                                                                                **United States District Judge**