NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

**Otto Antonio Gutierrez, Jr.**
(Defendant)

Criminal Number **06-0006 (JGP)**

FILED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Chong C. Park  477001**
(Attorney & Bar ID Number)

Leiser and Associates, PLLC
(Firm Name)

**8229 Boone Blvd., Suite 310**
(Street Address)

**Vienna     Virginia   22182**
(City)            (State)          (Zip)

**703-734-5000, ext. 105**
(Telephone Number)