# United States District Court for the District of Columbia

FILED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

OTTO A. GUTIERREZ, JR.

**WAIVER OF INDICTMENT**

CASE NUMBER:  CR  06-006 (JGP)

I,    OTTO A. GUTIERREZ, JR.    the above named defendant, who is accused of

18 USC 1343    Wire Fraud - Count 1

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on    February 16, 2006    prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant  Otto A. Gutierrez, Jr.

_____
Counsel for Defendant  Chong C. Park

_____
Judge John Garrett Penn
United States District Court

rr: 20 PM
2/16/2006