CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
                           )
                           )
                           )
         vs.               )   Criminal No. 06-006 (JGP)
                           )
                           )
                           )
OTTO A. GUTIERREZ, JR.     )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved: _____
Judge John Garrett Penn
United States District Court
10:31
2/16/2006