UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-0006 |
| v. : | |
| OTTO A. GUTIERREZ, JR., : | VIOLATION: |
| : | 18 U.S.C. § 1343 (Wire Fraud) |
| Defendant. : | |

## STATEMENT OF FACTS

The Inter-American Development Bank (hereinafter "IDB") is a public international organization whose shareholders are the governments of 47 countries, including the United States of America. The IDB's purpose is to contribute to the acceleration of economic and social development of its regional developing member countries. The IDB relies upon public and private investors to fund its projects through the issuance of interest-bearing bonds.

From June, 16, 1975 to September 20, 2005, defendant **OTTO A. GUTIERREZ, JR.**, a native of Costa Rica, was employed by the IDB, in its Washington, D.C. headquarters. Defendant **OTTO A. GUTIERREZ, JR.** began his career at the IDB as a messenger. While employed at the IDB, Defendant **OTTO A. GUTIERREZ, JR,** obtained a B.A. degree in economics and a Masters Degree in Development Banking.

In October 1976, Defendant **OTTO A. GUTIERREZ, JR.** was promoted to Accounting Assistant and then promoted to Accountant in November 1980. Defendant **OTTO A. GUTIERREZ, JR.** was promoted to Senior Accountant in May 1992 and subsequently to Principal Accountant in August 1994. On March 1, 1997, defendant **OTTO A. GUTIERREZ, JR.** was promoted to the Chief of the Administrative Accounting Section. ring his tenure as Section Chief, defendant **OTTO A. GUTIERREZ, JR.** also served as the back up to his

supervisor, the Chief of the Budget Management Division. At the time he was removed from his position, on September 20, 2005, defendant **OTTO A. GUTIERREZ, JR.**'s annual net salary was $141,252.

As Chief, defendant **OTTO A. GUTIERREZ, JR.** oversaw and supervised the payment of the IDB's administrative expenses, including payments for individual consultants, consulting firms, travel expenses and utilities. On an annual basis, defendant OTTO A. GUTIERREZ, JR. oversaw and was responsible for the payment of in excess of $100 million to various domestic and foreign vendors on the IDB's behalf. He supervised as many as 20 other individuals, who were responsible for creating vendor accounts, entering invoices, and processing payment requests. Defendant **OTTO A. GUTIERREZ, JR.** or his second in command regularly reviewed the invoices and payment requests and, where appropriate, authorized final payments.

When defendant **OTTO A. GUTIERREZ, JR.** became Chief of the Administrative Accounting Section, the IDB relied upon an accounting system, known as Millennium. Under this system, the Administrative Accounting Section forwarded payment requests to the Finance Department that would issue either paper checks or electronic payments to the vendors.

From November 20, 1995 through January 31, 1998, defendant **OTTO A. GUTIERREZ, JR.** accessed the Millennium database, created four fictitious invoices in the name of Bernardo Gutierrez, and approved the issuance of checks for a total of $48,120. Once he received these checks from the Finance Department, defendant **OTTO A. GUTIERREZ, JR.** deposited these checks into his personal checking account. Knowing that the accounts payable accrual accounts are not reviewed on a regular basis, defendant **OTTO A. GUTIERREZ, JR.** debited this type of account to generate these payments and to conceal his scheme from the IDB. On or about April 7, 1997, defendant **OTTO A. GUTIERREZ, JR.** accessed the Millennium

database and created a fictitious vendor account in the name of Antonio Gutierrez. From April 7, 1997 through March 26, 2002, defendant **OTTO A. GUTIERREZ, JR.** accessed the Millennium database, created 21 invoices and approved the issuance of checks for a total of $175,532. Again, defendant **OTTO A. GUTIERREZ, JR.** debited an accounts payable accrual account to generate payment and to conceal his scheme from the IDB. Once he received the checks, defendant deposited them into his personal checking account.

Beginning in August, 2002, the IDB changed its accounting system to a new system, known as Lawson. On or about February 10, 2003, defendant **OTTO A. GUTIERREZ, JR.** accessed IDB's Lawson database and created a fictitious vendor account in the name of Antonio Gutierrez. From on or about February 10, 2003 to on or about July 14, 2005, defendant **OTTO A. GUTIERREZ, JR.** accessed IDB's Lawson database on 23 occasions and directed IDB's bank in the State of New York to electronically transmit a total of $199,631 outside the State of New York to bank accounts controlled by defendant OTTO A. GUTIERREZ, JR.

As he previously entered into the Millennium database, defendant **OTTO A. GUTIERREZ, JR.** debited these payments to an accounts payable accrual account to conceal his scheme from the IDB.

On August 2, 2005, defendant **OTTO A. GUTIERREZ, JR.**'s immediate supervisor confronted him with several of these payments. Defendant **OTTO A. GUTIERREZ, JR.** acknowledged that the payments in question were deposited into his account, but denied any knowledge as how those payments were made. Shortly thereafter, however, defendant **OTTO A. GUTIERREZ, JR.** returned to his office, logged onto the Lawson database and attempted to delete records relating to the fictitious Antonio Gutierrez vendor account. Defendant **OTTO A. GUTIERREZ, JR.** was placed on administrative leave pending a decision on his employment

status.

On September 20, 2005, the IDB issued a letter to the defendant OTTO A. GUTIERREZ, JR., advising him that the IDB was terminating his employment. On September 28, 2005, defendant **OTTO A. GUTIERREZ, JR.** applied over the telephone with Countrywide Home Loans, Inc. for a residential line of credit. In response to questions concerning his current employment, defendant **OTTO A. GUTIERREZ, JR.** falsely stated that he was still employed by the IDB, earning $16,000 per month. On October 25, 2005, defendant **OTTO A. GUTIERREZ, JR.** and his wife closed on this loan with Countrywide Home Loans, Inc. and were extended a $137,300 line of credit.

Date: 2/16/2006

Otto Antonio Gutierrez Jr.
Defendant

Sworn to before me on February 16, 2006

John Gruod Rm
February 16, 2006