## WAIVER OF RIGHT TO CONTEST EXTRADITION

As a condition of my agreement with the United States Attorney's Office for the District of Columbia, I, Otto Antonio Gutierrez, Jr., the person convicted in United States of America of having committed the crime of ~~mail~~ wire fraud as a result of my embezzlement of more than $400,000 from the Inter-American Development Bank, hereby consent to my extradition to the United States from any other country, whether or not such country has a formal extradition treaty with the United States. In addition, I waive any rights I may have under the laws of my native country, Costa Rica, with respect to extradition from Costa Rica to the United States.

I, being duly represented by competent counsel, voluntarily and knowingly execute this waiver at the United States Courthouse in the District of Columbia, before the Honorable John Garrett Penn, on February 16, 2006.

_____
Otto Antonio Gutierrez Jr.
Defendant

Sworn to before me on February 16, 2006.

_____
John Garrett Penn
USDJ

FILED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT