UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

February 16, 2006

**FILED**

**FEB 16 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
         vs.                ) Criminal Case Number: 06-0006
                            )
                            )
OTTO A. GUTIERREZ, JR.      )
                            )

PASSPORT RECEIPT

Passport Number  90026073406  of Defendant  OTTO A. GUTIERREZ, JR.

_____ to the undersigned Deputy Clerk.

Nancy Mayer-Whittington, Clerk

By: _____         By: _/s/ Elliott_____
         Defendant                          Deputy Clerk

Mailed on 2/16/06