## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal Action No. 06-0006 (JGP) |
| | ) |
| **OTTO A. GUTIERREZ, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

On February 16, 2006, Defendant pled guilty to a one-count criminal information. Accordingly, it is hereby

**ORDERED** that the Probation Office submit the presentence investigation report to the Court on or before April 6, 2006; and it is further

**ORDERED** that the parties are permitted to file memoranda in aid of sentencing on or before April 13, 2006; and it is further

**ORDERED** that this matter is set down for sentencing on April 25, 2006 at 10:30 A.M. in Courtroom 15.

**SO ORDERED**.


**DATE: February 17, 2006**                                **JOHN GARRETT PENN**
                                                           **United States District Judge**