7113 Roxann Road
Alexandria, VA 22315
April 18, 2006

To Whom It May Concern:

It has been our very good fortune to be the close friends of Mr. Otto Gutierrez for more than fifteen years. As his friends, we are most grateful for the opportunity to offer some words on Otto's behalf.

We originally met when Otto Gutierrez was the most frequent "fill-in" coach of the soccer team on which our daughter played. Since then we came to know Otto as a kind man with a very strong moral character. Those characteristics were always evident in his devotion to the team, his firmness and kindness in coaching the players, and his willingness to go beyond what was expected. He taught the girls to play fairly and within the rules both on and off the field. Teaching how to play a game may seem like a small thing but to those girls it was their whole life for almost 10 years and Otto was an important part of that life. He played an important role in shaping the team's character.

There is also no question in our minds that Otto is a man that believes in strong family values. We have witnessed his devotion to his family. Without exception his wife and children have always come first. It is no accident that both of his children are confident, productive, hard working and happy young adults.

Otto Gutierrez has always had and will continue to have our fullest confidence, affection, and respect. It is our belief that his integrity and ethical values are exhibited every day in his relationship with his friends, his family, and the community.

Sincerely,

Gerald R. Miske          Naomi Miske