Frank A. Phillips
7319 Fairchild Dr.
Alexandria, VA 22306
703.765.1018
April 16, 2006

To Whom It May Concern:

My family and I have had the pleasure of knowing Otto Gutierrez for approximately 18 years. During this time we have grown from being acquaintances at our children's soccer games into life-long friends. He is a devoted husband to his wife Jan and a loving father to his daughter Kristina and son Jay. Together we have seen our children grow into adults.

I had the opportunity to assist him in coaching our daughters' soccer team. Otto always instilled discipline, teamwork and respect in the girls. His insistence on fair play and good sportsmanship created outstanding basic values in our children.

As the owner of a small construction company, there have been times when I've needed help finishing a project. Otto is always first in line to offer his assistance. In doing physical labor it is easy to find out about a person and see their character. Otto has proven himself to be a hardworking and honorable man. He's worked with me side-by-side and pushed me to complete projects that would have been impossible alone. He's never asked for anything in return except my friendship.

Whether we are vacationing together as families or just having a little get-together, he has always been there for me and my family. You could not find a more decent man and I am proud to call him my friend.

Sincerely,

*Frank Phillips*

Frank Phillips