**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                              :
UNITED STATES OF AMERICA,        :
                                                              :
    vs.                                            :    Docket No. CR-06-006-01
                                                              :
OTTO A. GUTIERREZ, JR.,                 :
                                                              :
    Defendant.                               :
_____:

**CONSENT MOTION TO WITHDRAWAL**
**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

    COMES NOW Defendant, OTTO A. GUTIERREZ, JR., by counsel, and moves this Honorable Court to Withdraw Defendant's Memorandum in Aid of Sentencing, and in support thereof, states as follows:

    1.    On April 19, 2006, Defendant submitted his Memorandum in Aid of Sentencing.

    2.    Subsequently, the AUSA contacted the undersigned counsel and advised him that the Government will consider the contents of Defendant's sentencing memorandum, and any oral argument consistent therewith, a breach of the plea agreement entered into by the parties in this case.

    3.    In consideration of the competing positions of the Government and Defendant regarding this issue, and in consideration of the potential consequences if the Government exercised its right to withdraw the plea agreement should Defendant proceed with the arguments set forth in his sentencing memorandum, Defendant has agreed to withdraw Defendant's Memorandum in Aid of Sentencing filed on April 19, 2006.

4.	Accordingly, Defendant contacted the judicial chambers of the Honorable John Garrett Penn and requested that Defendant's Memorandum in Aid of Sentencing be withdrawn, and that it not be considered by the Court.

5.	Defendant intends to file an amended sentencing memorandum.  Defendant has also contemporaneously filed with this Motion for Continuance so that he may have additional time in which to file the amended memorandum.

6.	The Government does not oppose this motion to withdraw Defendant's sentencing memorandum.

WHEREFORE, Defendant, OTTO A. GUTIERREZ, respectfully requests that Defendant's Memorandum in Aid of Sentencing be withdrawn, and grant such other and further relief as the Court deems proper.

Respectfully submitted,

OTTO A. GUTIERREZ,

By Counsel,

_____/s/_____
LEISER & ASSOICATES, PLLC
By: Chong C. Park, Esq., DC Bar 477001
8229 Boone Blvd., Suite 310
Vienna, Virginia 22182
Tel (703) 734-5000, ext. 105
Fax (703) 734-6000
*Counsel for Defendant*