**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket No. CR-06-006-01 |
| | : | |
| OTTO A. GUTIERREZ, JR., | : | |
| | : | |
| Defendant. | : | |

_____ :

## NOTICE OF FILING OF PROPOSED ORDER

COMES NOW Defendant, OTTO A. GUTIERREZ, JR., by counsel, and submits the

attached proposed Orders as an attachment to Defendant's Motion to Withdraw Defendant's

Memorandum in Aid of Sentencing and to Defendant's Motion for Continuance.


Respectfully submitted,

OTTO A. GUTIERREZ,

By Counsel,


_____/s/_____
LEISER & ASSOICATES, PLLC
By: Chong C. Park, Esq., DC Bar 477001
8229 Boone Blvd., Suite 310
Vienna, Virginia 22182
Tel (703) 734-5000, ext. 105
Fax (703) 734-6000
*Counsel for Defendant*