## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | :    Docket No. CR-06-006-01 |
| OTTO A. GUTIERREZ, JR., | : |
| Defendant. | : |

## **ORDER**

THIS MATTER came before the Court on Defendant OTTO GUTIERREZ's Motion for Continuance of the sentencing hearing in this case, and

IT APPEARING TO THE COURT that there is good cause to grant said motion, and that the Government does not oppose said motion, it is accordingly

ADJUDGED ORDERED AND DECREED that the Defendant's Motion for Continuance be granted, and that the sentencing hearing be set for May 17, 2006 at 10:30 a.m.

ENTERED THIS ___ DAY OF _____ 2006.

_____
JUDGE