**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          :
UNITED STATES OF AMERICA,          :
                                                          :
    vs.                                             :   Docket No. CR-06-006-01
                                                          :
OTTO A. GUTIERREZ, JR.,                 :
                                                          :
    Defendant.                              :
_____:

## **ORDER**

THIS MATTER came before the Court on Defendant OTTO GUTIERREZ's Motion to Withdraw Defendant's Memorandum in Aid of Sentencing, and

IT APPEARING TO THE COURT that there is good cause to grant said motion, and that the Government does not oppose said motion, it is accordingly

ADJUDGED ORDERED AND DECREED that the Defendant's Motion to Withdraw Defendant's Memorandum in Aid of Sentence is GRANTED.

ENTERED THIS ___ DAY OF _____April 2006.


                                                                                            _____
                                                                                              JUDGE