*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Criminal Action No. 06-0006 (JGP) |
| **OTTO A. GUTIERREZ, JR.,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Continuance [16], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the sentencing hearing, previously set for April 25, 2006, is continued to May 17, 2006 at 10:30 A.M. in Courtroom 15.

**DATE: April 25, 2006**                              **JOHN GARRETT PENN**
                                                     **United States District Judge**