*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Criminal Action No. 06-0006 (JGP)** |
| | ) |
| **OTTO A. GUTIERREZ, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Withdraw Defendant's Memorandum in Aid of Sentencing [15], it is hereby

**ORDERED** that the motion is **GRANTED.**


**DATE: April 25, 2006**　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**