HONORABLE JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Otto Antonio Gutierrez, Jr.                                   Docket No.: CR-06-0006

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Otto Antonio Gutierrez, Jr.** having been sentenced, on May 17, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to CI Moshanon Valley, in Philipsburg, PA by 2 p.m., on July 26, 2006.

JUL 1 0 2006
Date

JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**            **DEFENDANT**

Revised 6-2004